**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 03-7882

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TIMOTHY DALE CROCKETT, a/k/a Timothy Howard
Crockett, a/k/a Timothy Dale Neill, a/k/a
Timothy Dwayne Pope, Jr.,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. G. Ross Anderson, Jr., District
Judge. (CR-98-798)

———————

Submitted: March 25, 2004          Decided: March 31, 2004

———————

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Dale Crockett, Appellant Pro Se. Harold Watson Gowdy, III,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timothy Dale Crockett appeals the district court's order denying his request to modify the conditions of his supervised release by delaying his restitution payments until his supervised release period commences. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Crockett</u>, No. CR-98-798 (D.S.C. Nov. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>